2002 IRREVOCABLE TRUST FOR Richard C. HVIZDAK, a legal trust, 2007 Richard C. Hvizdak Separate Trust, a Delaware trust, RCH Trust Holdings I, LP, a Delaware limited partnership, Plaintiffs—Appellants,

v.

The HUNTINGTON NATIONAL BANK successor by merger with Sky Bank, Foshan Poly Marine Engineering Co., Ltd., a Chinese corporation, et al., Defendants,

* Honorable Walter K. Stapleton, United States Circuit Judge for the Third Circuit, sitting by

Shenzhen Development Bank Co. Ltd, Defendant—Appellee.

No. 10–14045.

United States Court of Appeals, Eleventh Circuit.

June 3, 2011.

Scott Andrew Wagner, Michael T. Moore, Moore & Company, P.A., Coral Gables, FL, for Plaintiffs–Appellants.

Frances P. Kao, Amy L. Gelder, Marcella L. Lape, Amanda Scott Williamson, Skadden, Arps, Slate, Meagher & Flom, LLP, Chicago, IL, Casey K. Weidenmiller, Naples, FL, for Defendant–Appellee.

Before HULL, KRAVITCH and STAPLETON,* Circuit Judges.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order, dated March 26, 2010, and thus affirm the grant of summary judgment in favor of the Defendant–Appellee Shenzhen Development Bank Co. Ltd. on the Plaintiffs' claims in Counts I, III, IV, and V of the Second Amended Complaint. In addition, we agree with the reasons set forth in the thorough and well-reasoned March 26, 2010 order of the district court judge.

AFFIRMED.